# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK IZAEL MEDINA CHANIS,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 26-943** |
| | : | |
| v. | : | |
| | : | |
| **JAMAL L. JAMISON, in his official** | : | |
| **capacity as the facility administrator** | : | |
| **of The Philadelphia Federal Detention** | : | |
| **Center,** *et al.*, | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this 13th day of February 2026, upon consideration of Petitioner Jack Izael Medina Chanis, ("Petitioner"), *verified petition for habeas corpus*, (the "Petition"), (ECF 1), it is hereby **ORDERED** that:

1. The Clerk of the Court shall forward a copy electronically of the Petition, (ECF 1), this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;

2. Respondents shall formally file, by **February 19, 2026**, an expedited response to the Petition, along with its exhibits, copies of all relevant documents, and an index of exhibits. The answer shall provide the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243, the related legal analysis, and record evidence supporting the asserted statutory basis for the detention. The response shall also address whether a bond hearing is required;

3. Respondents are to serve Petitioner's counsel with a certified response;

4. Petitioner may file a reply to Respondent's response by February 23, 2026;

5. Respondents ***shall not*** move or remove Petitioner outside of City of Philadelphia or the Philadelphia Federal Detention Center during the pendency of this matter. Any such movement of Petitioner will be deemed a violation of this Order; and

6. Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*